| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 1-02-151-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 9OCR07-61 VAP |

| NAME OF SUPERVISED RELEASEE: Jerry Williams | DISTRICT Southern District of Ohio | DIVISION Western |
|---|---|---|
| FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT **APR 2 6 2007** CENTRAL DISTRICT OF CALIFORNIA BY ____ DEPUTY | NAME OF SENTENCING JUDGE The Honorable Herman J. Weber United States Senior District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 16, 2006 / TO February 15, 2010 |

OFFENSE
Conspiracy to Distribute in Excess of 500 Grams of Cocaine and Attempt to Possess with Intent to Distribute in Excess of 500 Grams of Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/30/07
*Date*

_____
*United States Senior District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2 6 2007
*Effective Date*

**CHIEF**

_____
*United States District Judge*

ALICEMARIE H. STOTLER