United States District Court
Southern District of Ohio

---

Potter Stewart Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

James Bonini    Telephone: 513.564.7500
Clerk of Court    Facsimile: 513.564.7505

May 15, 2007

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

In Re: Transferring Court Case Number: 1:02-cr-00151-HJW-1, USA v. Williams, et al
Receiving Court Case Number: 1:02-cr-00151-HJW-1

Dear Clerk,

In compliance with the Transfer of Jurisdiction Order (Prob. 22 Form), enclosed please find certified copies of the following documents:

1. Indictment
2. Judgment
3. Docket Sheet
4. Copy of Probation Transfer Order

James Bonini, Clerk

By:s/Sheila Edward
Sheila Edward, Deputy Clerk

encl.