IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.                      : CRIMINAL NO: CR-1-02-151-01
                            : JUDGE WEBER

JERRY WILLIAMS,

        Defendant.

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                       Respectfully submitted,

                                       GREGORY G. LOCKHART
                                       United States Attorney

                                       s/Deborah F. Sanders
                                       DEBORAH F. SANDERS (0043575)
                                       Assistant United States Attorney
                                       Southern District of Ohio
                                       303 Marconi Boulevard, Suite 200
                                       Columbus, Ohio 43215-2401
                                       (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Jerry Williams, 1412 Golden Eagle Drive, Corona, CA 92879 by first class mail, postage prepaid, this 7th day of August, 2007.

                                                      s/Deborah F. Sanders
                                                     DEBORAH F. SANDERS (0043575)
                                                     Assistant United States Attorney